# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. _NEATLY_ print in ink (or type) your answers.]

"Gender Dysphoria Joon"
JCA# 71789 - OCA #22404

Mrs Eyekeyla My. Carruthers Washington

[You are the **PLAINTIFF**, print your full name on this line.]

**FILED**

MAY 22 2023

At _____ o'clock and ____ M
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

v.    Elkhart County Jail
      Eccc-Administration

Case Number _____

3:23-cv-477

Deblity LT. S. Ballard

[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is _VERY IMPORTANT_ that you include it on _everything_ you send to the court for this case. _DO NOT_ send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Elkhart County Jail | 26861 CR26 Elkhart Ind 46517 |
| 2 | [Put the names of any other defendants in these boxes.] Eccc Administration | 26861 CR26 Elkhart Ind 46517 |
| 3 | Deblity LT. S. Ballard | 26861 CR26 Elkhart Ind 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant _in a separate box_ as shown here.]

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? _Elkhart County Jail — Address:_ _26861 CR 26 Elkhart In. 46517_

3. Did the event you are suing about happen there? ● Yes. ○ No, it happened at: _____
_____

4. On what date did this event occur? _9/11/2019 Protection order Neglect._

[_DO NOT_ write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)

## CLAIMS and FACTS

**DO:** Write a short and plain statement telling what each defendant did wrong.

**DO:** Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

**DO:** Explain when, where, why, and how each defendant violated your rights.

**DO:** Include every fact necessary to explain your case and describe your injuries or damages.

**DO:** Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

**DO:** Use each defendant's name every time you refer to that defendant.

**DO:** Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Elements of Neglect — LTSBallard — 9/11/2019
Deputy of Elkhart County Jail did not protect a Transgender
Person from Deputy Koepple who broke Transgender
Mrs. EyeKeyla My Caircutters Washington (FKA) Antwan M. Caruthers
Washington from being harmed after grievanced processed
on Kjosk of dockett. Deputy Koepple Broke and Fractured
pionter finger Right hand within 3 places leaving skin lacerated
and This finger has no medical attention. I wrote on 9/11
2019 for a Protection to be Order to Protect from Deputy
Koepple to LT Ballard on Kjosk charges was never
Prosecuted outside County Sheriff Took Report inside cameras
of Elkhart County Jail LT Ballard Lacked his duties of
Protecting a Transgender Person from his Employee, he is a
Supervisor) and a Report is on docket with the Kjosk
of Elkhart County Jail JU #7178L Under penalties for perjury
all Information is Trues and Correct 9,000,000,000
United States of American Currency.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Pro Se 14 (INND Rev. 2/20)

**5. When did this event happen?**

⭘ Before I was confined.

Ⓧ While I was confined awaiting trial.

⭘ After I was convicted while confined serving the sentence.

⭘ Other: _____

**6. Have you ever sued anyone for this exact same event?**

Ⓧ No.

① Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**7. Could you have used a prison grievance system to complain about this event?**

⭘ No, this event is not grievable at this prison or jail.

Ⓧ Yes, I filed a grievance and attached is a copy of the response from the final step.

⭘ Yes, this event was grievable, but I did not file a grievance because _Copy Sent_
To Internal Investigation and Administration of ECCC / ECJ

_____

_____

**8. If you win this case, what do you want the court to order the defendant(s) to do?**
*[NOTE: A case filed on this form will not overturn your conviction or change your release date.]*

9 million demand for finger broken 3 places or Suffering
for Lt. Ballard To Protect the Next Transgender Person

_____

_____

_____

**[Initial Each Statement]**

*Emccw* I will pre-pay the filing fee <u>OR</u> file a prisoner motion to proceed in forma pauperis.

*Emccw* I will keep a copy of this complaint for my records.

*Emccw* I will promptly notify the court of any change of address.

*Emccw* I <u>WILL NOT</u> send more than one copy of any filing to the court.

*Emccw* I <u>WILL NOT</u> send summons, USM-285, or waiver forms to the clerk.

*Emccw* I declare <u>under penalty of perjury</u> that the statements in this complaint are true.

I placed this complaint in the prison mail system on _9_/_11_/20_19_ at _10_ am/pm.
*[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]*

_____                    JCJ# 71781
**Signature**                                                                 **Prisoner Number**

*[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]*