AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*"Gender Dysphoria Icon" Mrs. Eye Keyla My Carruthers Washington*
*also known as*
Eye Keyla M Carruthers Washington
*also known as*
Antwan M Carruthers Washington
    Plaintiff

v.

Civil Action No. 3:23-cv-477

ELKHART COUNTY JAIL

ECCC
*Administration*

S BALLARD
*Debuty, Lt.*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Damon R Leichty.

DATE:  6/15/2023                              CHANDA J. BERTA, CLERK OF COURT
                                                               by       s/N. Corle
                                                              *Signature of Clerk or Deputy Clerk*

USDC IN/ND case 3:23-cv-00477-DRL-MGG document 4 filed 06/15/23 page 2 of 2